UNITED STATES DISTRICT COURT
For the
Middle District of Georgia

| | |
|---|---|
| **SARA TAYLOR, on behalf of himself** ) <br> **And others similarly situated,** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **APOLLO INSURANCE SOLUTIONS** ) <br> **LLC and THE TATE GROUP, INC.,** ) <br>    Defendant | CASE NO.: 3:25-cv-00078-TES |

## ANSWER

**COMES NOW,** Defendant, **APOLLO INSURANCE SOLUTIONS LLC and THE TATE GROUP, INC.,** by and through his undersigned counsel and files this Answer to Plaintiffs Complaint. Defendant answers as follows:

1. Defendant DENIES the averments of Paragraph 1-49 Plaintiffs' Complaint and demands strict proof thereof;

2. Defendant DENIES all prayers for relief sought by Plaintiffs and adamantly demands of this Honorable Court that it deny any and all said requests made by Plaintiffs

Respectfully submitted this 25th day of June, 2025.

/s/ Zachary D. Alsobrook (ALS006)
Attorney for Defendant

**OF COUNSEL:**
Alsobrook Law Group, LLC
114 North 9th Street
Opelika, Alabama 36801
Telephone: 334.737.3718
Facsimile: 334.737.3716
zach@alsolaw.com
www.alsolaw.com

1

**CERTIFICATE OF SERVICE**

 I hereby certify that I have served a copy of the above and foregoing by filing in the electronic filing system, CM/ECF system, and/or placing the same in the United States Mail, properly addressed and postage prepaid, on this the 25TH day of June, 2025.

             /s/ Zachary D. Alsobrook
             **OF COUNSEL**