## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| SARA TAYLOR, on behalf of himself and others similarly situated, | : :  CIVIL ACTION FILE NO. 25-cv-78 |
| Plaintiff, | : : |
| v. | : : |
| APOLLO INSURANCE SOLUTIONS LLC and THE TATE GROUP, INC. | : : : |
| Defendants. | : |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(2)

Plaintiff Sara Taylor respectfully moves the Court for an Order dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). There has been an appearance in this action, and dismissal is therefore sought by Court order. Dismissal will not result in legal prejudice to Defendants, as no dispositive motions have been filed. During discovery, The Tate Group, Inc. identified a third-party vendor retained that appears to have played a material role in the telemarketing activity at issue. Plaintiff served a subpoena on that vendor, but the vendor failed to respond and now appears to have ceased operations. As a result, Plaintiff is presently unable to obtain the discovery necessary to pursue class-wide claims. In light of these developments, Plaintiff has determined that there is no further viable class action case to pursue at this time. Plaintiff therefore respectfully requests that this action be dismissed without prejudice and that each party bear its own costs and fees. Counsel for the Plaintiff had inquired about a stipulation for the same with the Defendant, but they did not respond.

Counsel for Plaintiff,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com