IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SARA TAYLOR,                                        *

                Plaintiff,                    *

v.                                                             *    Case No. 3:25-CV-00078-TES

                                                *

APOLLO INSURANCE SOLUTIONS LLC,
et al,                                                        *

                Defendants.                *

_____

## J U D G M E N T

      Pursuant to this Court's Order dated January 26, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

      This 27th day of January, 2026.


                                      David W. Bunt, Clerk


                                      s/ Angelica E. Niccolai, Deputy Clerk